Argued June 18, affirmed June 18, petition for rehearing denied
July 11, petition for review denied September 5, 1973

## STATE OF OREGON, *Respondent, v.* WALTER BUD WILLINGHAM (No. C-72-10-3011 Cr), *Appellant.*

510 P2d 1352

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Burgess,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.